UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MANINDER SINGH,

                Plaintiff,

              16 CV 2901 (SJ) (RER)

    -against-                        **ORDER ADOPTING REPORT AND RECOMMENDATION**

ZORIA HOUSING LLC and LAKHI ZORIA,

                Defendants.
-------------------------------------------------------X
A P P E A R A N C E S

JONATHAN SILVER
80-02 Kew Gardens Road
Kew Gardens, NY 11415
By:    Jonathan Silver
*Attorney for Plaintiff*

FORD & HARRISON LLP
One Grand Central Place
60 East 42nd Street
By:    Eric Su
         Jeffrey G. Douglas
*Attorneys for Defendant*

JOHNSON, Senior District Judge:

       Presently before the Court are two Reports and Recommendations (the "Reports") prepared by Magistrate Judge Ramon Reyes. Judge Reyes issued a Report on October 4, 2017, recommending the approval of the parties' proposed settlement. On October 11, 2017, Judge Reyes ordered the record closed concerning attorney's fees. Neither of these non-dispositive rulings were objected

1

to within the time allowed by law.  See Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1).  Judge Reyes issued a second Report on November 17, 2017, recommending that the Court partially grant Plaintiff's application for attorney's fees, and provided the parties with the requisite amount of time to file any objections.  Neither party filed any objections to the Report.[1]  For the reasons stated herein, this Court affirms and adopts the Reports in their entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion.  See 28 U.S.C. § 636(b)(1).  Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report.  See id.  Upon de novo review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations.  See id.  The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed.  See Thomas v. Arn, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections may waive the right to appeal this Court's Order.  See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

---

[1] Plaintiff attempted to supplement the record on attorney's fees on November 21, 2017, but that filing is untimely given Judge Reyes' order explicitly closing the record as to motions for fees dated October 11, 2017.

In this case, objections to Magistrate Judge Reyes' Reports were due on October 18, 2017 and December 1, 2017, respectively. No objections to the Reports were filed with the Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Reyes' Reports in their entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: January 16, 2018 _____/s/_____
      Brooklyn, NY         Sterling Johnson, Jr., U.S.D.J.